FILED

06/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0291

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0291

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

LARRY CLAY KING,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 2, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 26 2024